UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAN MITCHELL (#438855)

VERSUS

SGT. TYRONE JOHNSON, ET AL.

CIVIL ACTION

NO. 12-63-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 15, 2012 (doc. no. 13). The plaintiff filed an objection and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, without prejudice, for failure of the plaintiff to pay the court's filing fee.

Further, the Motion for Extension of Time to Pay Court Filing Fee (doc. no. 14) is DENIED.

Baton Rouge, Louisiana, this 26th day of April, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA